IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS THOMPSON,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**ALISA DEARMOND, ANTHONY WILLS, ANGELA CRAIN, and SERGEANT KRIEDER,**<br><br>        **Defendants.** | Case No. 24-cv-734-SPM |

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter is before the Court for case management purposes. On December 27, 2024, the Court received a suggestion of death (Doc. 18) indicating that Plaintiff Dennis Thompson was deceased. Pursuant to Federal Rule of Civil Procedure 25(a), the Court ordered a successor or representative for Plaintiff's estate to file a motion for substitution by April 7, 2025 (Doc. 20). The Court advised and warned that the failure to do so would result in the dismissal of this action with prejudice (*Id.*). A copy of the Court's Order was then forwarded to the "Next of Kin of Dennis Thompson" at Thompson's last known address. On February 13, 2025, Defendant Alisa Dearmond informed the Court that she had learned the identities of two next-of-kin for Plaintiff and mailed copies of the Suggestion of Death (Doc. 18) and the Court's Order (Doc. 20) to the individuals (Doc. 24). Both individuals signed the return receipt (*Id.* at pp. 5, 7). As of this date, no individual has entered on behalf of Plaintiff's estate. Accordingly, this action is now

**DISMISSED with prejudice**. *See* FED. R. CIV. P. 25(a)(1) and 41(b). The Clerk of Court is **DIRECTED** to close the case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: April 8, 2025.**

*/s/ Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**U.S. District Judge**
